**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STAES OF DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Tracy Dubose
4724 6TH Place, N.E.
Washington, D.C. 20017
202-526-8221
        Plaintiff,
v.

Verizon, Washington, D.C.
930 V Street, N.E.
Washington, D.C. 20018

CASE NUMBER 1:07CV00196

JUDGE: Paul L. Friedman

DECK TYPE: Employment Discrimination

DATE STAMP: 01/30/2007

**Jury Trial Requested**

*Jury Action* (stamp)

## COMPLAINT

NOW COMES Plaintiff, pro se, and for his Complaint states as follows:

I.     THE PARTIES

1. Plaintiff is an individual who has resided in Washington, D.C. at all relevant times.
2. Defendant is a corporation incorporated under the laws of the State of the District of Columbia. At all times relevant hereto, Defendant employed

II.     JURISDICTION AND VENUE

3. On or about March 1, 2005, Plaintiff filed a charge of discrimination against Defendant with the United States Equal Employment Opportunity Commission ("EEOC"), alleging that he was discriminated against on the basis of a disability in violation of the Title I of the American with Disabilities Act, 42 U.S.C.A. §§ 12101 et seq. (the "ADA"). Said charges were filed within 300 days of the date of Plaintiff's discharge by Defendant.
4. On or about October 20, 2006, Plaintiff received a notice of right to sue from the EEOC, advising her that hereto and incorporated herein by reference as Exhibit A.
5. On January 17, 2007, within the aforementioned 90-day right to sue period, Plaintiff filed the instant action.
6. Plaintiff has therefore exhausted her administrative remedies and has complied with all conditions precedent to maintaining action.

**RECEIVED**

JAN /7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. This Court has original jurisdiction over this matter pursuant to 28 U.S.C.A. §§ 1343, 1331 as it is a civil rights action arising under the laws of the United States.
8. Venue in this district is proper under 28 U.S.C.A. § 1391(b), as the parties reside in this judicial district and the events giving rise to this action occurred in this judicial district.

### III.   FACTS RELEVANT TO ALL CLAIMS

9. On or about October 20, 1986, Plaintiff was hired by Defendant in the position of Service Technician.
10. On or about January 2, 2006, Plaintiff was promoted to Cable Splicing Technician and at all relevant times hereto, Plaintiff was employed by Defendant.
11. At all times relevant hereto, Plaintiff performed his job duties to Defendant's legitimate satisfaction. In fact, Defendant rated Plaintiff performance as satisfactory in the various performance reviews which it conducted.
12. On or about August 4, 2003, Plaintiff became ill with Transitional Renal Cancer, which was diagnosed by his physician.
13. Plaintiff's physician advised Plaintiff to take a leave of absence from her position in order to undergo surgery and cancer treatments.
14. When Plaintiff requested to take a leave of absence from his job, Defendant first requested Plaintiff provide it with medical documentation from his physician justifying the need for his leave of absence. When Plaintiff provided the documentation to Defendant, it granted her the leave of absence pursuant to its short term disability policy.
15. Defendant's Absence Reporting Center documented Plaintiff's absence beginning on August 4, 2006.
16. Pursuant to Defendant's short term disability policy, Plaintiff was eligible for fifty-two (52) weeks of short term disability.
17. On July 21, 2004, Defendant terminated Plaintiff from his employment with Verizon.
18. Defendant is alleging that Plaintiff was terminated from his employment because Plaintiff's fifty-two (52) weeks of disability benefits were exhausted on July 21, 2004.
19. At the time of Plaintiff's termination, Plaintiff had only exhausted fifty (50) weeks of disability.
20. Prior to the expiration of Plaintiff's disability benefits, Plaintiff was physically able to return to work.
21. That Plaintiff has been unemployed since July, 21, 2004.

### COUNT I - Wrongful Discharge in Violation of the ADA

22. Plaintiff hereby realleges paragraphs 1 through 21 of this Complaint as though fully set forth herein.
23. Plaintiff avers that he is within the ADA's protected class because he was perceived as a disabled individual by Defendant, in that he was regarded as having a physical impairment that substantially limited major life activities.

24. Plaintiff further avers that his discharge occurred under circumstances that raise a reasonable inference of unlawful discrimination.
25. As a direct result of the above stated action, Plaintiff has sustained economic and non-economic damages.

## COUNT II - Breach of Contract and Unlawful Discharge

26. Plaintiff hereby realleges paragraphs 1 through 25 of this Complaint as though fully set forth herein.
27. The discharge of the Plaintiff was in violation of the contract entered into between Plaintiff and the Defendant which outlined all of the procedures of Defendant's Short Term Disability Policy.
28. The discharge of the Plaintiff was in violation of the contract entered into between Plaintiff and the Defendant which outlined all of the procedures of Defendant's employment policies
29. As a direct result of the above stated action, Plaintiff has sustained economic and non-economic damages.

## COUNT III – Intentional Infliction of Emotional Distress

30. Plaintiff hereby realleges paragraphs 1 through 29 of this Complaint as though fully set forth herein.
31. When Defendant's engaged in the above-describe conduct, Defendant's did so deliberately and intentionally in order to cause Plaintiff severe emotional distress.
32. As a direct and proximate cause of the acts of Defendant's, Plaintiff has become upset, distressed, and aggravated, all to Plaintiff's damage in an amount to be proved at trial.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff is seeking a jury trial and prays that this Honorable Court grant him the following relief, namely:

33. That this Court determine that the employment practices complained of in this Complaint are unlawful in that the violate Title I of the Americans with Disabilities Act, , 42 U.S.C.A. §§ 12101 et seq. (the "ADA").
34. That Plaintiff be awarded equitable and injunctive relief for reinstatement of employment; back pay; compensatory damages; punitive damages and emotional distress in the sum of $1,000,000.00 for wrongful termination of employment in violation of Title I of the Americans with Disabilities Act, , 42 U.S.C.A. §§ 12101 et seq. (the "ADA").
35. That Plaintiff be awarded equitable and injunctive relief for reinstatement of employment; back pay; compensatory damages; punitive damages and emotional distress in the sum of $1,000,000.00 for breach of contract and wrongful discharge.

36. That Plaintiff be awarded equitable and injunctive relief for reinstatement of employment; back pay; compensatory damages; punitive damages and emotional distress in the sum of $1,000,000.00 for breach of contract and wrongful discharge.

## JURY DEMAND

Plaintiff request trial by jury.

Respectfully submitted,

*Tracy Dubose*
*Pro Se Plaintiff*

4724 - 6th PL NE
WASH DC 20017
202-526 8221

EXHIBIT A

$00.3
MAILED FROM ZIP CODE 21201

Tracy Dubose
4724 4tg Place NE
Wash DC 20017

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE DISTRICT OFFICE
10 SOUTH HOWARD STREET
BALTIMORE, MD 21201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

07 0196

**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EEOC Form 161 (10/96)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Tracy E. Dubose<br>133 Webster Street, NW<br>#7<br>Washington, DC 20011 | From: U.S. Equal Employment Opportunity Commission<br>Baltimore Field Office<br>10 S. Howard Street, 3rd Floor<br>Baltimore, Maryland 21201 |

[ ]   *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. & Respondent's Name | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2005-00587C  Dubose v. Verizon | James P. Norris, Investigator | 410-962-4329 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ ]   You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged.

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_____
Gerald S. Kiel, Field Director

SEP 1 1 2006
_____
*(Date Mailed)*

Enclosure(s)

cc:   Ms. Ann Hamilton, Sr. Staff Consultant
     Verizon Services Organizations, Inc.
     EEO Compliance
     750 Canyon Drive
     Coppell, TX 76059

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-196
PLF

## I (a) PLAINTIFFS

Tracy Dubose

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se NP

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Verizon, Wash, DC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

CASE NUMBER  1:07CV00196
JUDGE: Paul L. Friedman
DECK TYPE: Employment Discrimination
DATE STAMP: 01/30/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(1)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☒ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 12101

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

DATE 1.30.07   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms\js-44.wpd

