**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tracy Dubose, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 07-00196 PLF |
| ) | |
| Verizon Washington, DC Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S NOTICE OF ANSWER TO SECOND SERVICE**
**OF SUMMONS AND IDENTICAL COMPLAINT BY PLAINTIFF *PRO SE***

COMES NOW, Verizon Washington, DC Inc. ("Defendant"), by counsel, and states as follows:

1. Plaintiff *pro se* has served Defendant with an identical Complaint on two separate occasions in this matter, to which Defendant has already responded on February 27, 2007.

2. Defendant was served with Plaintiff's first Summons and Complaint on February 7, 2007. As provided on this Court's docket report, a Return of Service/Affidavit of Summons and Complaint was entered on February 13, 2007, indicating that Defendant's answer would be due on February 27, 2007. See Exhibits A and B.

3. Defendant timely filed its Answer on February 27, and served a copy upon Plaintiff *pro se* via certified mail, return receipt requested, as well as by first class mail on the same date. Defendant's Answer appears as **Document Number 4** on the Civil Docket for this matter.

4. On March 1, 2007, however, Defendant was served with another Summons and identical copy of Plaintiff's original Complaint. Defendant's counsel also received a Notice of Electronic Filing of the Return of Service/Affidavit of Summons entered on March 6, 2007, indicating that Defendant's Answer would be due on March 21, 2007. See Exhibit A and C.

5. Upon careful review, it is clear that the attached Complaint to this second Summons is indeed identical to the original Complaint served on February 7, 2007. After researching this matter with the Court, it appears that the second Summons may have been issued inadvertently.

6. Therefore, to the extent an Answer is due by March 21, 2007, Defendant respectfully directs this Court's attention to its Answer, already filed on February 27, 2007, and identified as **Document Number 4** of the Civil Docket, and incorporates that document as if fully restated herein.

WHEREFORE, having fully responded to the Complaint initially served upon it, Defendant respectfully requests that this Court accept the Answer already filed and identified as Document Number 4 of the Civil Docket for this case as Defendant's Answer to Plaintiff's second service of a Summons and Complaint.

VERIZON WASHINGTON, DC INC.
By Counsel

  /s/ Amy Miller
Amy Miller, D.C. Bar # 473517
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102
703.712.5079 (telephone)
703.712.5193 (facsimile)

Counsel for Defendant

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracy Dubose ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 07-00196 PLF |
| ) | |
| Verizon Washington, DC Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing Defendant's Notice of Answer to Second Service of Summons and Identical Complaint by Plaintiff *Pro Se* was served via registered mail, return-receipt requested, as well as first class United States Mail, postage prepaid, on March ___, 2007, to:

Tracy Dubose
4724 6th Place, N.E.
Washington, D.C. 20017

/s/Amy Miller
Amy Miller

\4481328.2

District of Columbia live database - Docket Report
Case 1:07-cv-00196-PLF   Document 7-2   Filed 03/13/2007   Page 1 of 2
Page 1 of 2

JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00196-PLF

DUBOSE v. VERIZON
Assigned to: Judge Paul L. Friedman
Cause: Viol. of the Americans with Disabilities Act of 1990

Date Filed: 01/30/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

TRACY DUBOSE                    represented by  TRACY DUBOSE
                                                4724 6th Place NE
                                                Washington, DC 20017
                                                US
                                                (202) 526-8221
                                                PRO SE

EXHIBIT A

V.

**Defendant**

VERIZON                         represented by  Amy Miller
*Washington, D.C.*                              MCGUIREWOODS LLP
                                                1750 Tysons Boulevard
                                                Suite 1800
                                                McLean, VA 22102-4215
                                                (703) 712-5079
                                                Fax: (703) 712-5193
                                                Email: amiller@mcguirewoods.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2007 | 1 | COMPLAINT against VERIZON filed by TRACY DUBOSE. (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 01/31/2007) |
| 01/30/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by TRACY DUBOSE. (td, ) (Entered: 01/31/2007) |
| 01/30/2007 |   | Summons (1) Issued as to VERIZON. (td, ) (Entered: 01/31/2007) |
| 01/30/2007 |   | ORDER granting 2 Motion for Leave to Proceed in forma pauperis; The plaintiff is obligated to pay a fine . FIAT Signed by Judge Paul L. Friedman on 1/23/07. (td, ) (Entered: 01/31/2007) |
| 02/13/2007 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VERIZON served on 2/7/2007, answer due 2/27/2007 (jf, ) |

District of Columbia live database - Docket Report
Case 1:07-cv-00196-PLF    Document 7-2    Filed 03/13/2007    Page 2 of 2
Page 2 of 2

| | | |
|---|---|---|
| | | (Entered: 02/15/2007) |
| 02/27/2007 | 4 | *Defendant's* ANSWER to Complaint by VERIZON. Related document: 1 Complaint filed by TRACY DUBOSE,.(Miller, Amy) (Entered: 02/27/2007) |
| 02/27/2007 | 5 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VERIZON (Miller, Amy) (Entered: 02/27/2007) |
| 03/06/2007 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VERIZON served on 3/1/2007, answer due 3/21/2007 (td, ) (Entered: 03/07/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/08/2007 18:00:59 | | | |
| PACER Login: | mc1076 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00196-PLF |
| Billable Pages: | 1 | Cost: | 0.08 |

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Tracy Dubose | COURT CASE NUMBER<br>07-0196 RLF |
|---|---|
| DEFENDANT<br>VERIZON | TYPE OF PROCESS<br>Summons in a Civil Action |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Verizon

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

930 V St., NE, Washington, DC 20018

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/31/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

DAN JONES / CON. SUPERVISOR

Address (complete only if different than shown above)

935 V. ST NE
WASHINGTON DC 20018

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2-7-7    Time: 10:10 am

Signature of U.S. Marshal or Deputy: #5769

| Service Fee<br>45.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**EXHIBIT B**

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tracy Dubose | 07-196 PLF |
| DEFENDANT | TYPE OF PROCESS |
| Verizon | Summons in a Civil Action |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Verizon

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

930 V St., NE, Washington, DC 20018

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

RECEIVED 2007 FEB -- A 10:33 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 16 | No. 16 | | 2/27/07 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
X Karin Hileman   Karin Hileman Mgts Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/1/07   Time: 12:19 pm

Signature of U.S. Marshal or Deputy   # 3969

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | | | | |

REMARKS:

EXHIBIT C

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)