UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracy Dubose,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Verizon Washington, DC Inc.,<br><br>　　　　Defendant. | Civil Action No.  07-0196 (PLF) |

# ORDER

　　Based on the parties' representations made at the Meet and Confer Status Conference held on April 10, 2007, it is hereby

　　ORDERED that counsel shall be appointed to represent plaintiff in this action pursuant to Local Civil Rule 83.11.  It is further

　　ORDERED that the parties shall not conduct depositions and shall not submit formal interrogatories, requests for production of documents, or requests for admissions.  However, the parties informally may exchange documents.  It is further

　　ORDERED that a status hearing shall be held on May 31, 2007 at 10:00 a.m. in Courtroom 29A of the Judge William B. Bryant Annex to the United States Courthouse.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Date:  April 10, 2007