**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Tracy Dubose,** | &#124; |
| | &#124; |
|     **Plaintiff,** | &#124; |
| | &#124; |
|         v. | &#124;   **Civil Action No. 07-0196 (PLF)** |
| | &#124; |
| **Verizon, Washington, DC Inc.,** | &#124; |
| | &#124; |
|     **Defendant.** | &#124; |

### MOTION TO WITHDRAW APPOINTMENT

Olivia D. Cammack, Esquire hereby moves this Court to relieve her from appointment as Pro Bono attorney for the Plaintiff, Tracy Dubose, for the reason that the Plaintiff has retained other counsel.

                                                // s //
                                   Oivia D. Cammack, Bar No. 26896MD
                                   8605 Cameron Street, Suite 312
                                   Silver Spring, MD  20910
                                   (301) 608-0055

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of May, 2007, a copy of this Motion To Withdraw Appointment was sent via first-class mail, postage pre-paid to Tracy Dubose, 4724 6th Place, N.E., Washington, D.C.  20017.

                                                // s //
                                   Oivia D. Cammack, Bar No. 26896MD