UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Tracy Dubose** | ) | |
| | ) | |
| | ) | |
| **Plaintiff(s)** | ) | **APPEARANCE** |
| | ) | |
| | ) | CASE NUMBER 07-00196 PLF |
| **vs.** | ) | |
| | ) | |
| **Verizon Washington DC, Inc.** | ) | |
| | ) | |
| **Defendant(s)** | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Jason A. Dzubow, Esq.</u> as counsel in this case

for: **Tracy Dubose**


<u>May 30, 2007</u>_____   <u>/s/ Jason A. Dzubow, Esq.</u>__
Date                                    Signature

                                        <u>Jason A. Dzubow, Esq.</u>_____
<u>DC Bar # 468166</u>_____   Print Name
BAR IDENTIFICATION
                                        <u>1424 K Street, NW</u>_____
                                        Address

                                        <u> Suite 660</u>

                                        <u>Washington, DC 20005</u>_____
                                        City       State    Zip Code

                                        <u>202-328-1352</u>_____
                                        Phone Number