UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Tracy Dubose,                                      )
                                                              )
      Plaintiff                                      )
                                                              )
v.                                                            )
                                                              )   **Civil Action No.: <u>1:07CV00196</u>**
Verizon, Washington DC, Inc.             )
                                                              )
      Defendant                                   )
                                                              )
_____)

**MOTION FOR LEAVE TO
EXPEDITE DISCOVERY**

**Relief Sought**

    Tracy Dubose, Plaintiff, moves this Court for leave to give a videotaped deposition at the earliest possible date at Howard University Hospital which is located at 2041 Georgia Avenue, Washington, D.C. 20060.

**Grounds for Relief**

1. Leave of court is required because the Plaintiff, Tracy Dubose is seeking to conduct this discovery before the scheduled Rule 26(f) discovery conference. Rule 26(d) and 30(a)(2)(C) of the Federal Rules of Civil Procedure each require leave of court for a party to seek to take a deposition before the Rule 26(f) discovery conference in a case

2. As the affidavit of Lisa D. Butler explains, although the parties are moving diligently to hold and conduct this conference, scheduling and taking the depositions of Tracy Dubose is too crucial to be postponed for any period of time. The affidavit makes it plain that this witness has crucial information which is central to this litigation.

3. The affidavit also makes clear that Tracy Dubose is gravely ill.  Although there is a distinct possibility that his deposition could be successfully taken in the immediate future, delaying that deposition until after the discover conference

almost guarantees that the witness' testimony will be lost. By that time, there is, as established by the affidavit of Lisa D. Butler, a substantial possibility that this witness will be dead or too ill to testify.

4. Currently, Tracy Dubose is on a ventilator and is unable to speak. Therefore, Plaintiff's counsel is unable to suggest a date for the taking of his deposition.

5. However, Plaintiff's counsel seeks to preserve Mr. Dubose's testimony at the earliest possible date.

6. Tracy Dubose is not expected to survive until the time of the trial and, without his deposition, there is no possibility of presenting his testimony in any manner that would be admissible at trial.

### Certification of Attempt to Resolve Issue Without Court Order

As the affidavit of counsel establishes, prior to making this motion, counsel for Tracy Dubose attempted to secure a stipulation that would permit the early deposition of Tracy Dubose. Opposing counsel, Amy Miller stated that she would not oppose an expedited deposition.

### Rule 30(a)(2)(C) Certification

By signing this motion, the undersigned counsel certifies that the facts stated in this motion are true, and that unless the witness is deposed as requested, he will be unavailable for examination in this matter.

This motion is made on the pleading and papers already on file in this matter, on this motion, on the affidavits, of Lisa D. Butler and on whatever argument and evidence is presented at the hearing on this motion.

Dated:
July 19, 2007

                                                     Mensah, Butler, & Dzubow, PLLC

                                                   By: _____
                                                     Lisa D. Butler
                                                     1424 K Street, N.W.
                                                     Suite 600
                                                     Washington, D.C. 20005
                                                     202-328-1352
                                                     Attorney's for Plaintiff