UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Tracy Dubose,                         )
                                      )
    Plaintiff                       )
                                      )
v.                                    )
                                      )   **Civil Action No.: <u>1:07CV00196</u>**
Verizon, Washington DC, Inc.          )
                                      )
    Defendant                       )
                                      )
_____)

**MOTION FOR LEAVE TO
EXPEDITE DISCOVERY**

**Relief Sought**

    Tracy Dubose, Plaintiff, moves this Court for leave to give a videotaped deposition at the earliest possible date at Howard University Hospital which is located at 2041 Georgia Avenue, Washington, D.C. 20060.

**Grounds for Relief**

1. Leave of court is required because the Plaintiff, Tracy Dubose is seeking to conduct this discovery before the scheduled Rule 26(f) discovery conference. Rule 26(d) and 30(a)(2)(C) of the Federal Rules of Civil Procedure each require leave of court for a party to seek to take a deposition before the Rule 26(f) discovery conference in a case

2. As the affidavit of Lisa D. Butler explains, although the parties are moving diligently to hold and conduct this conference, scheduling and taking the depositions of Tracy Dubose is too crucial to be postponed for any period of time. The affidavit makes it plain that this witness has crucial information which is central to this litigation.

3. The affidavit also makes clear that Tracy Dubose is gravely ill. Although there is a distinct possibility that his deposition could be successfully taken in the immediate future, delaying that deposition until after the discover conference

almost guarantees that the witness' testimony will be lost. By that time, there is, as established by the affidavit of Lisa D. Butler, a substantial possibility that this witness will be dead or too ill to testify.

4. Currently, Tracy Dubose is on a ventilator and is unable to speak. Therefore, Plaintiff's counsel is unable to suggest a date for the taking of his deposition.

5. However, Plaintiff's counsel seeks to preserve Mr. Dubose's testimony at the earliest possible date.

6. Tracy Dubose is not expected to survive until the time of the trial and, without his deposition, there is no possibility of presenting his testimony in any manner that would be admissible at trial.

### Certification of Attempt to Resolve Issue Without Court Order

As the affidavit of counsel establishes, prior to making this motion, counsel for Tracy Dubose attempted to secure a stipulation that would permit the early deposition of Tracy Dubose. Opposing counsel, Amy Miller stated that she would not oppose an expedited deposition.

### Rule 30(a)(2)(C) Certification

By signing this motion, the undersigned counsel certifies that the facts stated in this motion are true, and that unless the witness is deposed as requested, he will be unavailable for examination in this matter.

This motion is made on the pleading and papers already on file in this matter, on this motion, on the affidavits, of Lisa D. Butler and on whatever argument and evidence is presented at the hearing on this motion.

Dated:
July 19, 2007

Mensah, Butler, & Dzubow, PLLC

By: _____
   Lisa D. Butler
   1424 K Street, N.W.
   Suite 600
   Washington, D.C. 20005
   202-328-1352
   Attorney's for Plaintiff

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO EXPEDITE DISCOVERY**

Affidavit of Lisa D. Butler

State of

District of Columbia

Lisa Darlene Butler, being duly sworn, deposes and says;

1. I am an attorney and a member of bar of this court. I am also a member of the firm of Mensah, Butler, & Dzubow, PLLC, the attorneys for Tracy Dubose. I am fully aware with all of the pleadings and proceedings in this matter.
2. I submit this Affidavit in support of the Motion of Tracy Dubose for an order pursuant to rule 30(b)(2) of the Federal Rules of Civil Procedure for leave to take deposition of Tracy Dubose
3. On July 17, 2007, I first discovered that Plaintiff, Tracy Dubose became gravely ill and is not expected to survive.
4. It is crucial to his case to preserve the Plaintiff's testimony. In addition, we have no other way to obtain his testimony except for the proposed videotaped deposition.
5. On July 18, 2007 prior to making this motion, I telephoned opposing counsel Amy Miller and asked that she stipulate to permit the taking of this deposition. Ms. Miller stated that she would not oppose the Plaintiff's motion.

I signed this affidavit on _____ at Washington D. (city/state)

SUBSCRIBED AND SWORD TO BEFORE ME on 07/19/2007

_____ Notary Signature
Priscilla S. Collins Name

Priscilla S. Collins
Notary Public, District of Columbia
My Commission Expires 11/14/2011

Notary Public in and for the State of The District of Columbia
My commission expires on 11/14/2011.

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 19th day of July, 2007.
Priscilla S. Collins
Notary Public, D.C.
My commission expires 11/14/2011.