# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tracy Dubose, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number:  07-00196 PLF |
| | ) | |
| Verizon Washington, DC Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR CASE REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION

Plaintiff Tracy Dubose and Defendant Verizon Washington, DC Inc., by counsel, jointly move this Court for referral of this case to a United States District Court Magistrate Judge for the purpose of conducting a mediation.  Given the Plaintiff's current health problems, the parties respectfully request a mediation date in the very near future, if possible.  Specifically, a mediation date during the week of August 27 - 31, 2007, would be mutually convenient for the parties and counsel.

A proposed Order is attached to this Joint Motion.

Respectfully submitted,

  /s/ Amy Miller
Amy Miller, D.C. Bar # 473517
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102
703.712.5079 (telephone)
703.712.5193 (facsimile)

Counsel for Defendant

_/s/ Lisa D. Butler_____
Jason A. Dzubow, D.C. Bar # 468166
Lisa D. Butler, D.C. Bar # 492975
Mensah, Butler & Dzubow, PLLC
4724 6th Place, N.E.
Washington, D.C. 20017
202.328.1352 (telephone)
202.318-4528 (facsimile)

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Tracy Dubose,                                )
                                             )
                          Plaintiff,         )
                                             )
v.                                           )        Case Number:  07-00196 PLF
                                             )
Verizon Washington, DC Inc.                  )
                                             )
                          Defendant.         )
_____)

## [PROPOSED] ORDER

Upon consideration of the parties Joint Motion for Case Referral to United States

Magistrate Judge for the purpose of conducting a mediation, and for good cause shown, it is

hereby ORDERED that this case shall be referred to _____

for the purpose of conducting a mediation on _____.

SO ORDERED.

_____
Paul L. Friedman
United States District Court Judge

DATE: ___ day of _____, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT MOTION FOR

CASE REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION was served on Plaintiff's

counsel on this the 24th day of July 2007, via operation of the Court's electronic filing system to:

> Jason A. Dzubow, Esq.
> Lisa D. Butler, Esq.
> Mensah, Butler & Dzubow, PLLC
> 4724 6th Place, N.E.
> Washington, D.C. 20017
>
> Counsel for Plaintiff


/s/Amy Miller_____
Amy Miller