UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY DUBOSE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0196 (PLF) |
| VERIZON WASHINGTON D.C., Inc., | ) |
| Defendant. | ) |

ORDER OF REFERRAL

On July 24th, the parties filed a joint motion to have this case referred to a magistrate judge for settlement discussions. Accordingly, it is hereby

ORDERED that the joint motion [18] is granted; and it is

FURTHER ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning immediately. The parties should file a notice with the Court when the settlement discussions have concluded.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 27, 2007