## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

Tracy Dubose,                                    )
                                                 )
      Plaintiff                         )
                                                 )
v.                                               )
                                                 )    **Civil Action No.: <u>1:07CV00196</u>**
Verizon, Washington DC, Inc.                     )
                                                 )
      Defendant                         )
                                                 )
_____)

## <u>PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR EXPEDITED DISCOVERY</u>

      COMES NOW Plaintiff, by counsel, and respectfully moves to withdraw its request for expedited discovery and in support thereof states the following:

1. On July 19, 2007, counsel for Plaintiff filed an emergency motion for expedited discovery for the purpose of taking Plaintiff's deposition.

2. On July 27, 2007, Plaintiff, Tracy Dubose, passed away.

      WHEREFORE, counsel for Plaintiff respectfully moves to withdraw its request for expedited discovery.

                         Respectfully submitted,

                         _____
                         Lisa D. Butler, Esq., Bar # 492975
                         Mensah, Butler, & Dzubow, PLLC
                         1424 K Street, NW
                         Suite 660,
                         Washington, DC 20005
                         202-328-1352
                         Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Withdraw Request for Expedited Discovery was served on Defendant's Counsel on this 3rd day of August 2007, via operation of the Court's electronic filing system to:

Amy Miller
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, Va 22102
Counsel for Defendant

_____

Lisa D. Butler