IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY DUBOSE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>) Civil Action No. 1:07cv196(PLF)<br>VERIZON WASHINGTON, DC INC., )<br>)<br>    Defendant. )<br>)<br>)<br>) | |

## SUGGESTION OF DEATH

Defendant Verizon Washington, DC Inc., by counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, suggests upon the record the death of Plaintiff Tracy Dubose during the pendency of this action. In support of this suggestion, Defendant attaches as Exhibit A the death notice of Mr. Dubose.

Pursuant to Rules 4 and 25 of the Federal Rules of Civil Procedure, this pleading is being served upon Andree L. Dubose, sister of Plaintiff, and Allan A. Dubose, Sr., brother of Plaintiff.

Respectfully submitted,

_____/s/_____
Amy Miller, D.C. Bar # 473517
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
703.712.5079 (telephone)
703.712.5193 (facsimile)
amiller@mcguirewoods.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being furnished in the manner provided in Rule 4 of the Federal Rules of Civil Procedure for the service of a summons, via registered United States mail, sent August 7, 2007, return receipt requested, to:

> Andree L. Dubose
> 10610 Heather Glen Way
> Bowie, Maryland  20720
>
> Allan A. Dubose, Sr.
> 507 14th Street, N.E.
> Washington, DC 20002

A copy is also being furnished on August 6th, 2007, via operation of the Court's electronic filing system to:

> Jason A. Dzubow, D.C. Bar # 468166
> Lisa D. Butler, D.C. Bar # 492975
> Mensah, Butler & Dzubow, PLLC
> 4724 6th Place, N.E.
> Washington, D.C. 20017
> 202.328.1352 (telephone)
> 202.318-4528 (facsimile)
> Former Counsel for Tracy Dubose

_____/s/_____

Amy Miller, Counsel for Defendant

\4683976.1

# washingtonpost.com


# Obituaries

NEWS
Politics
Nation
World
   Metro
   Crime
   The District
   Lottery
   Maryland
   ▶ Obituaries
   Religion
   Traffic
   Virginia
Style
Business
Technology
Health
Education
Real Estate

**Death Notices and Guest Books for "dubose"**   [Modify your Search]

Search Results     Page 1 of 1  (1 total results)

Show [25] [complete notices] per page

**DuBose, Tracy E.**     View/Sign Guest Book

DuBOSE
TRACY E. DuBOSE

Of Washington, DC, departed his earthly home Friday, July 27, 2007 at Howard University Hospital. Predeceased by his parents, Willis, Jr. and Valerie DuBose; grandparents, Willis, Sr. and Mary DuBose; and aunt Betty Stewart. Survived by daughter, Rio; sister, Andree, brother, Allan, Sr. (Paula); grandmother, Winifred Lovette; nieces, Angel Dotson (Patrick), Valerie, and Amber DuBose, Kayla Dotson, and Jayla Thomas; nephew, Allan DuBose, Jr.; goddaughter, Sade Stanback; and a dear friend, Nuck Hagbe. Also survived by other relatives and friends. On Friday, August 3, from 10 a.m. until the time of service at 11 a.m., friends may visit with the family at the STEWART FUNERAL HOME, INC., 4001 Benning Road, NE, Washington, DC, Rev. Guy Johnson officiating. Interment Mt. Olivet Cemetery. Arrangements entrusted to JORDAN FUNERAL SERVICE, INC.
Published in The Washington Post on 8/2/2007.