IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY DUBOSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | )   Civil Action No. 1:07cv196(PLF) |
| VERIZON WASHINGTON, DC INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the Suggestion of Death as to Tracy Dubose, filed on August 6, 2007, was furnished in the manner provided in Rule 4 of the Federal Rules of Civil Procedure for the service of a summons, via registered United States mail, on August 6, 2007, return receipt requested, to:

> Andree L. Dubose
> 10610 Heather Glen Way
> Bowie, Maryland  20720
>
> Allan A. Dubose, Sr.
> 507 14th Street, N.E.
> Washington, DC 20002

A copy also was hand-delivered to Miss Rio Dubose, minor daughter of Tracy Dubose, care of Miss Dubose's mother and legal guardian, Ms. Ngo Nuck Hagbe, on August 6, 2007, to Ms. Hagbe's temporary address:

> Miss Rio Dubose, c/o Ms. Ngo Nuck Hagbe
> 10610 Heather Glen Way
> Bowie, Maryland, 20670

A copy was also furnished on August 6th, 2007, via operation of the Court's electronic filing system to:

>Jason A. Dzubow, D.C. Bar # 468166
>Lisa D. Butler, D.C. Bar # 492975
>Mensah, Butler & Dzubow, PLLC
>4724 6th Place, N.E.
>Washington, D.C. 20017
>202.328.1352 (telephone)
>202.318-4528 (facsimile)
>Former Counsel for Tracy Dubose

>_____/s/_____

>Amy Miller, Counsel for Defendant

\4683976.1