**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tracy Dubose, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   Case Number: 07-00196 PLF |
| | ) |
| Verizon Washington, DC Inc. | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO POSTPONE SETTLEMENT CONFERENCE**

Defendant Verizon Washington, DC Inc., by counsel, respectfully moves this Court to postpone the settlement conference currently scheduled for August 28, 2007, and states as follows:

1. On July 24, 207, the parties filed a Joint Motion for Mediation to be conducted by a Magistrate Judge.

2. On July 27, 2007, the Court referred this action to Magistrate Judge John M. Facciola for a settlement conference. Judge Facciola scheduled the settlement conference to take place on August 28, 2007, pursuant to the parties' joint request.

2. On or about July 27, 2007, Plaintiff Tracy Dubose passed away.

3. On August 6, 2007, Defendant filed a Suggestion of Death as to Plaintiff Tracy Dubose, and served notice upon Plaintiff's known successors pursuant to Rules 4 and 25.

4. Under Rule 25, a motion for substitution must be made within 90 days after the death is suggested upon the record and properly served upon the successors or representatives of the deceased party, or the action will be dismissed as to the deceased party.

5.      Former counsel for Plaintiff, Lisa D. Butler, is now serving as counsel for the decedent's estate.  Ms. Butler represents that probate will take place in the District of Columbia very shortly.

6.      Ms. Butler also represents that her law firm may represent in the future one or more successors and/or representative who may move to substitute as a party in this action.

7.      Defendant therefore respectfully requests that the settlement conference currently scheduled for August 28, 2007, be postponed until it is determined whether a proper substitution of party may made in this action.

8.      Ms. Butler, while not yet representing any party in this action, agrees that the settlement conference should be postponed at this time.

A proposed Order is attached to this Joint Motion.

Respectfully submitted,

 /s/ Amy Miller
Amy Miller, D.C. Bar # 473517
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102
703.712.5079 (telephone)
703.712.5193 (facsimile)

Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tracy Dubose, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>Verizon Washington, DC Inc. )<br>)<br>        Defendant. )<br>_____ ) | Case Number:  07-00196 PLF |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Postpone the Settlement Conference, and for good cause shown, such Motion is GRANTED.

SO ORDERED.

_____
Paul L. Friedman
United States District Court Judge

DATE: \_\_\_ day of _____, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S MOTION TO POSTPONE SETTLEMENT CONFERENCE was served on Plaintiff's counsel on this the 14th day of August via operation of the Court's electronic filing system to:

>Jason A. Dzubow, Esq.
>Lisa D. Butler, Esq.
>Mensah, Butler & Dzubow, PLLC
>4724 6th Place, N.E.
>Washington, D.C. 20017
>
>Counsel for Plaintiff


/s/Amy Miller
Amy Miller