**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Tracy Dubose | ) | |
| Plaintiff, | ) | **Case No.: 1-07-cv-196** |
| V | ) | |
| Verizon Washington, DC Inc. | ) | |
| Defendant. | ) | |

**Plaintiff's Request to Extend Time For Substitution of Party**

COMES NOW, Plaintiff, Tracy Dubose, by and through counsel, Lisa D. Butler and the Law Office of Mensah, Butler & Dzubow, PLLC, and respectfully states the following:

1. That on July 27, 2007, Plaintiff, Tracy Dubose deceased.

2. On August 7, 2007, Defendant filed its Suggestion of Death.

3. Pursuant to Fed. R. Civ. P. 25, a substitution of party must be made within 90 days of the suggestion of death.

4. Plaintiff, Tracy Dubose, died intestate who's only surviving heir was his minor daughter who with her mother in Paris, France. Because Mr. Dubose's heir is a minor the only person qualified to serve as the Personal Representative of Mr. Dubose's Estate would be the minor's mother.

5. Nuke Hagabe is the minor's mother, however, pursuant to Probate Code §20-303 aliens who are not permanent residents cannot serve as personal representatives.

6. Ms. Hagabe is not a permanent resident of the United States and is therefore ineligible to serve as personal representative.

7. In addition, Ms. Hagabe re-located after the Plaintiff's death and counsel was not immediately able to locate her for the purpose obtaining consent for a substitute personal representative.

8. Ms. Hagabe was located and she has consented to Mr. Dubose's sister, Adriane Dubose to serve as the Personal Representative for the Estate. In addition, Adriane Dubose is willing and able to serve as the Personal Representative.

9. Ms. Hagabe has executed the appropriate documents and counsel is waiting to receive them from Paris. In addition, counsel is informed by the District of Columbia Superior Court, that once the documents are received, the appointment can be made within 3 days.

10. Counsel has contacted defense counsel who has declined to consent to this motion.

11. Wherefore, counsel respectfully requests a two week extension to substitute Adriane Dubose as a party in the above-captioned action.

Respecfully submitted,

By: _____
Lisa D. Butler, Esq.
Mensah, Butler & Dzubow, PLLC
1424 K Street NW, Ste 660
Washington, DC 20005
202-328-1352

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Withdraw Request for Expedited Discovery was served on Defendant's Counsel on this 5th day of October 2007 via operation of the Court's electronic filing system to:

    Amy Miller
    McGuireWoods LLP
    1750 Tysons Blvd., Suite 1800
    McLean, Va 22102
    Counsel for Defendant

                _____
                Lisa D. Butler