UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Tracy Dubose,                                        )
                                                             )
      Plaintiff                                         )
                                                             )
v.                                                            )
                                                             )     **Civil Action No.: <u>1:07CV00196</u>**
Verizon, Washington DC, Inc.                )
                                                             )
      Defendant                                      )
                                                             )
_____

<u>Plaintiff's Second Request for Extension to Substitute Party</u>

1. On November 6, 2007, the Honorable Judge Paul Friedman granted Plaintiff a two seek continuance to substitute service in the above-captioned matter.

2. On October 19, 2007, the minor child's mother Nuck Ngo Habge forwarded the appropriate paperwork via expedited mail for probate from France back to the United States.

3. However, the documents did not arrive in the United States until approximately November 7, 2007 and was not delivered to counsel's office until November 12, 2007.

4. All the appropriate paperwork has been filed with the probate court (Estate ADM 1229).

5. Because the guardian of the minor child was and is not a permanent resident of the United States, there were specific probate statutory procedures that needed to be complied with.

6. On November 26, 2007, counsel spoke to the Probate office and was informed that On November 20, 2007, the documents were forwarded to the Judge for his signature and for an order for Letter of Appointment of Personal Representative and should be ready in a few days.  In addition, as the court is aware the last week was a holiday and the Courts were closed Thursday, November 22 and Friday November 23, 2007.

WHEREFORE, given the extraordinary circumstances and the holiday, counsel respectfully request an additional one week extension two received the Letter of Appointment.

        Respectfully submitted,

        By _____
        Lisa D. Butler, Esq.
        Mensah, Butler & Dzubow, PLLC
        1424 K Street, N.W.
        Suite 660
        Washington, D.C. 20005
        202-328-1352

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 26th day of November, 2007, a copy of the foregoing Plaintiff's Second Request for Extension to Substitute Party was sent via electronic submission to Amy Woods, Esq., at Mcguire Woods.

                                                        _____
                                                        Lisa D. Butler