**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tracy Dubose, | ) |
| | ) |
|      Plaintiff | ) |
| | ) |
| v. | ) |
| | )   **Civil Action No.: <u>1:07CV00196</u>** |
| Verizon, Washington DC, Inc. | ) |
| | ) |
|      Defendant | ) |
| | ) |
| | ) |

<u>MOTION FOR SUBSTITUTION OF PARTY</u>

Andree Dubose, Personal Representative of the Estate of Tracy Dubose, Plaintiff in the above-captioned matter by and through his attorney Lisa D. Butler, Esq. and the Law Offices of Mensah, Butler & Dzubow, PLLC, moves pursuant to the Federal Rules of Civil Procedure Rule 25(a)(1) to be substituted as Plaintiff in place of Tracy Dubose. The grounds of the motion are as follows:

1. Movant was appointed Personal Representative of the Plaintiff's estate by order of the Superior Court of the District of Columbia, Probate Division. (A copy of the Order of Appointment is attached hereto as part hereof marked "Exhibit 1").

2. Andree Dubose to be substituted is the proper party Plaintiff against Defendant, Verizon, Inc. whom, the action should continue. (A certified copy of Letters of Administration is attached hereto as part hereof, marked "Exhibit 2").

Respectfully submitted,

By_____
Lisa D. Butler, Esq.
Mensah, Butler & Dzubow, PLLC
1424 K Street, N.W.
Suite 660
202-328-1352

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of December, 2007, a copy of the foregoing Motion for Substitution of Party was sent via electronic submission to Amy Woods, Esq., at McGuireWoods, LLP

_____
Lisa D. Butler

© 2001 WASHINGTON LAW REPORTER COMPANY - Form 902
1001 Connecticut Ave., N.W., #236, Wash., D.C. 20036-5504

Abbreviated Probate Order

# Superior Court of the District of Columbia
### PROBATE DIVISION
### Washington, D.C. 20001-2131

0001229-07

Administration No. _____

Estate of

_TRACY DuBOSE_ Age __48__

Deceased

### Abbreviated Probate Order
(For estates of decedents dying on or after April 27, 2001)

Upon consideration of the petition for (supervised) (unsupervised) abbreviated probate, acceptance and consent of each personal representative, a power of attorney of each non-resident, and a bond, if applicable, in the amount of $ __N/A__ all having been filed herein, it is by the Court this __20th__ day of __November__, 2007.

ORDERED, that administration of this estate is

☑ (unsupervised)

☐ (supervised) for the following reasons:

   ☐ Decedent's will directs supervision.

   ☐ Decedent's will directs unsupervised administration but supervised administration is required for the following reasons: _____

_____

_____

   ☐ Other _____

_____

_____

and it is further,

ORDERED, that __Andree DuBOSE__

_____ (is) (are) appointed personal representative(s) of the estate

of __TRACY DuBOSE__ _____, deceased, and it is further,

ORDERED, that

☐ the Court finds that the decedent died intestate.

☐ the will dated _____ and codicil(s) dated _____ _____ accompanying the petition (is) (are) admitted to probate and record as the last will and testament of the aforesaid decedent, and as an international will where applicable.

☐ that bond heretofore filed in the amount of $ _____ is approved.

☑ bond is not required.

☐ that the said personal representative(s) shall file an additional bond in an amount to be fixed by the Court before accepting assets in excess of the stated amount.

☑ Subject to D.C. Code §20-906, a homestead allowance in the sum of $15,000 is authorized out of the real or personal estate to _____ as the surviving spouse and, if none, to _Hugle Ngo Nuck_ as a custodian of a surviving minor child and to _____ as a dependent child, to be divided equally between each of the children.

☑ Subject to the homestead allowance and as provided in D.C. Code § 20-906, a family allowance in a reasonable sum not to exceed $15,000 is authorized out of the personal estate to _Hug Le Ngo Nuck_ as surviving spouse and custodian and decedent's minor child(ren) whom the decedent was obligated to support and children who were in fact being supported by the decedent, in accordance with law. The homestead and family allowances shall abate equally if applicable estate assets are insufficient to pay both in full.

☑ After payment of the homestead and the family allowance and as provided in D.C. Code § 20-906, tangible personalty or other personalty not exceeding the value of $10,000 is allowed to the surviving spouse and if none, to the decedent's surviving children jointly as exempt property.

☑ subject to any limitation of the will (if decedent died testate), D.C. Code Title 20, or by an order of Court, the personal representative(s) may, in addition to any power or authority contained in the will and to any other common-law or statutory power, properly exercise those general powers as enumerated in D.C. Code Section 20-741, subject to the following limitations which, if the administration is supervised, shall be endorsed on the letters of administration.

Copies mailed, postage prepaid, to parties
indicated above on 11/30/07  AS)

**DOCKETED**

cc: Include Attorney of Record and P.R.
× LISA D BUTLER, ESQ ×
1424 K STREET, NW
SUITE 660
WASH, DC 20005

ANDREE DUBOSE
10610 HEATHER GLEN WAY
BOWIE, MD 20720

_____ JUDGE

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Probate Division
### Washington, D.C. 20001

Administration No.   <u>2007 ADM 001229</u>

## LETTERS OF ADMINISTRATION

To all persons who may be interested in the Estate of

<u>**TRACY DUBOSE**</u>                                                                 , deceased:

Administration of the Estate of the deceased has been granted on   <u>**30 November 2007**</u>

to   <u>**ANDREE DUBOSE, Personal Representative**</u>

(and the will of the deceased was probated on _____ ).

This administration ☐ is   ☒ is not  subject to the continuing supervision of the Court.

The powers of the personal representative ☒ are not limited   ☐ are limited as follows:

_____

_____

_____

_____

The appointment is in full force and effect as of this date.

WITNESS:

DATE:   <u>**30 November 2007**</u>

Register of Wills
Clerk of the Probate Division.

**NOTE: Document Invalid Without Embossed Court Seal**