IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREE DUBOSE,  )<br>PERSONAL REPRESENTATIVE OF  )<br>THE ESTATE OF TRACY DUBOSE,  )<br>                                                          )<br>        Plaintiff,                                 )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>                                                          )<br>VERIZON WASHINGTON, DC INC.,  )<br>                                                          )<br>        Defendant.                             )<br>                                                          ) | Civil Action No. 1:07-cv-196-PLF |

### **STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties respectfully request that all counts of Plaintiff's Complaint in the above-captioned case be dismissed, with prejudice, in light of the parties' resolution of this dispute.

The parties agree to bear their own costs and attorneys' fees, and the Plaintiff has been advised by counsel as to the propriety and effect of this Stipulation.

Respectfully submitted,

| /s/ Lisa D. Butler | /s/ Amy Miller |
|---|---|
| Jason A. Dzubow, Esq. | Amy Miller, D.C. Bar # 473517 |
| Lisa D. Butler, Esq. | McGuireWoods LLP |
| Mensah, Butler & Dzubow, PLLC | 1750 Tysons Blvd., Suite 1800 |
| 4724 6th Place, N.E. | McLean, VA  22102 |
| Washington, D.C. 20017 | 703.712.5079 (telephone) |
| 202.328.1352 (telephone) | 703.712.5193 (facsimile) |
| 202.318.4528 (facsimile) | amiller@mcguirewoods.com |
| jdzubow@mensahlaw.com | |
| lbutler@mensahlaw.com | Counsel for Defendant |

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREE DUBOSE, ) <br> PERSONAL REPRESENTATIVE OF ) <br> THE ESTATE OF TRACY DUBOSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> VERIZON WASHINGTON, DC INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-196-PLF |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July , 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jason A. Dzubow, Esq.
>Lisa D. Butler, Esq.
>Mensah, Butler & Dzubow, PLLC
>4724 6th Place, N.E.
>Washington, D.C. 20017
>
>Counsel for Plaintiff

        /s/ Amy Miller
    Amy Miller

\6366607.1